UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARRISH REDD,

       Plaintiff,                          Case No. 14-14340

                                           Hon. Marianne O. Battani

v.

TERRANCE VAILS, et al.,

       Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff filed a pro se complaint alleging copyright infringement in November 2014. The Court referred the case to United States Magistrate Judge R. Steven Whalen for all pretrial proceedings. On February 17, 2015, Magistrate Judge Whalen issued a Report and Recommendation ("R&R") recommending that the Court deny Plaintiff's Motion for Final Judgment on the Pleadings Against Defendant Terrance Vails (Doc. No. 21), Plaintiff's Motion for Entry of Default Final Judgment Against Defendant Terrance Vails (Doc. No. 27), Plaintiff's Requests to Enter Default Against Defendant Terrance Vails (Doc. Nos. 29 and 36), and Plaintiff's Motion for Default Judgment as to Chris Hugan and Marty Peters (Doc. No. 38). In addition, Magistrate Judge Whalen recommended that the Court strike the Clerk's entries of default against Hugan and Peters. (Doc. Nos. 40 and 41).

In his Report and Recommendation, the Magistrate Judge informed the parties that objections to the R&R needed to be filed "within fourteen (14) days of service" and

that a party's failure to file objections would waive any further right of appeal. (Doc. No. 42 at 8). Neither party filed an objection. Moreover, this Court agrees with the analysis and recommendations contained in the R&R.

Accordingly, the Court **ADOPTS** the Magistrate Judge's recommendation, **DENIES** Plaintiff's motions, and **STRIKES** the Clerk's entries of default against Defendants Hugan and Peters.

**IT IS SO ORDERED.**


Date: March 25, 2015
                                        s/Marianne O. Battani
                                        MARIANNE O. BATTANI
                                        United States District Judge


CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on March 25, 2015.

                                                                              s/ Kay Doaks
                                                                              Case Manager