**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

PARRISH REDD,

       Plaintiff,                        Case No. 14-14340

                                             Hon. Marianne O. Battani

v.

TERRANCE VAILS, et al.,

       Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND
DENYING PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT**

      Plaintiff filed a pro se complaint alleging copyright infringement in November 2014. The Court referred the case to United States Magistrate Judge R. Steven Whalen for all pretrial proceedings. On March 27, 2015, Magistrate Judge Whalen issued a Report and Recommendation ("R&R") recommending that the Court deny Plaintiff's Motions for Default Judgment as to Chris Hugan and Marty Peters (See Doc. Nos. 39, 43, 44, 45, 50).

      In his Report and Recommendation, the Magistrate Judge informed the parties that objections to the R&R needed to be filed "within fourteen (14) days of service" and that a party's failure to file objections would waive any further right of appeal. (Doc. No. 51 at 4). No objection has been filed.

      Not only does the Court agree with the analysis and recommendations contained in the R&R that the time for Defendants Peters and Hugan to file an answer had not passed and there had been no entry of default, the Court adds that Hugan and Peters

timely answered the complaint after the R&R was filed.

Accordingly, the Court **ADOPTS** the Magistrate Judge's recommendation and **DENIES** Plaintiff's motions.

**IT IS SO ORDERED.**

Date:   April 21, 2015

s/Marianne O. Battani<br>
MARIANNE O. BATTANI<br>
United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on April 21, 2015.

s/ Kay Doaks<br>
Case Manager