EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARRISH REDD,

      Plaintiff,                         No. 14-14340

v.                                  District Judge Marianne O. Battani
                                    Magistrate Judge R. Steven Whalen

TERRANCE VAILS, ET AL.,

      Defendants.
_____/

## ORDER TO CORRECT DEFICIENCY

On January 9, 2015, Defendant TERRANCE VAILS filed a *pro se* answer to the complaint in this case [Doc. #20]. Fed.R.Civ.P. 11(a) mandates that "[e]very pleading, written motion, or other paper must be signed by...a party personally if the party is unrepresented." Rule 11(a) also provides that the Court "must strike an unsigned paper unless the omission is promptly corrected after being called to the...party's attention."

Mr. Vails is unrepresented. His answer is unsigned, and is therefore not in compliance with Rule 11(a).

Accordingly, within 21 days of the date of this Order, Defendant Terrance Vails shall filed a signed answer to the complaint, that also contains his address, telephone number, and email address. His failure to do so will result in his answer being stricken.

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: April 29, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on April 29, 2015, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager