UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARRISH REDD,

       Plaintiff,                        Case No. 14-14340

                                      Hon. Marianne O. Battani

v.

TERRANCE VAILS, et al.,

       Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING
PLAINTIFF'S THIRD EMERGENCY MOTION FOR DEFAULT JUDGMENT**

Plaintiff filed a pro se complaint alleging copyright infringement in November 2014. The Court referred the case to United States Magistrate Judge R. Steven Whalen for all pretrial proceedings. On April 13, 2015, Magistrate Judge Whalen issued a Report and Recommendation ("R&R") recommending that the Court deny Plaintiff's Third Emergency Motion for Default Judgment as to Chris Hugan and Marty Peters.

In his Report and Recommendation, the Magistrate Judge informed the parties that objections to the R&R needed to be filed "within fourteen (14) days of service" and that a party's failure to file objections would waive any further right of appeal. (Doc. No. 55 at 3). No objection has been filed.

The Court agree with the analysis and recommendation contained in the R&R. In light of the fact that Hugan and Peters have timely answered the complaint; the Court **ADOPTS** the Magistrate Judge's recommendation and **DENIES** Plaintiff's motion.

**IT IS SO ORDERED.**

Date:  June 11, 2015                                    s/Marianne O. Battani
                                                        MARIANNE O. BATTANI
                                                        United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on June 11, 2015.

                                                                   s/ Kay Doaks
                                                                   Case Manager