UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARRISH REDD,

       Plaintiff,                          Case No. 14-14340

                                         Hon. Marianne O. Battani

v.

TERRANCE VAILS, et al.,

       Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING PLAINTIFF'S "EMERGENCY MOTION" REQUEST FOR CLERK TO ENTER DEFAULT UNDER FED. R. CIV. P. 55(a) AGAINST DEFENDANT**

    Plaintiff filed a pro se complaint alleging copyright infringement in November 2014. The Court referred the case to United States Magistrate Judge R. Steven Whalen for all pretrial proceedings. On May 1, 2015, Magistrate Judge Whalen issued a Report and Recommendation ("R&R") recommending that the Court deny Plaintiff's motion, which is his seventh motion for either entry of default or for a default judgment as to Chris Hugan and Marty Peters. In addition, the Magistrate Judge recommended that Plaintiff be barred from filing any further motions for entry of default or default judgment without first obtaining leave of the Court to file.

    In his Report and Recommendation, the Magistrate Judge informed the parties that objections to the R&R needed to be filed "within fourteen (14) days of service" and that a party's failure to file objections would waive any further right of appeal. (Doc. No. 59 at 2). No objection has been filed.

The Court agree with the analysis and recommendations contained in the R&R. Therefore, the Court **ADOPTS** the Magistrate Judge's recommendations and **DENIES** Plaintiff's motion.

In addition, **IT IS HEREBY ORDERED** that Plaintiff is **BARRED** from filing any further motions for entry of default or default judgment without leave of the Court.

**IT IS SO ORDERED.**

Date: June 17, 2015

s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on June 17, 2015.

s/ Kay Doaks
Case Manager