UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARRISH REDD,

    Plaintiff,　　　　　　　　　　No. 14-14340

v.　　　　　　　　　　　　　　　District Judge Marianne O. Battani
　　　　　　　　　　　　　　　　Magistrate Judge R. Steven Whalen

TERRANCE VAILS, ET AL.,

    Defendants.
_____/

## ORDER STRIKING MOTION

On June 17, 2015, the Court ordered that Plaintiff Parrish Redd was barred from filing any motions for Clerk's entry of default or for default judgment without first obtaining leave of the Court [Doc. #70]. On June 17, 2015, he filed an "emergency" motion for default judgment against Defendants Chris Hugan and Marty Peters [Doc. #71]. He did not seek or obtain leave of the Court before filing this motion.

Therefore, Plaintiff's motion for entry of default judgment [Doc. #71] is STRICKEN.

IT IS SO ORDERED.

                                      s/R. Steven Whalen
                                      R. STEVEN WHALEN
                                      UNITED STATES MAGISTRATE JUDGE

Date: January 31, 2016

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on January 31, 2016, electronically and/or by U.S. mail.

                                              s/C. Ciesla
                                              Case Manager