UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARRISH REDD,

       Plaintiff,

Case No. 14-14340

Hon. Marianne O. Battani

v.

TERRANCE VAILS, et al.,

       Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING DEFENDANTS' MOTIONS FOR DEFAULT JUDGMENT AND CLERK'S ENTRY OF DEFAULT

Plaintiff filed a pro se complaint alleging copyright infringement in November 2014. The Court referred the case to United States Magistrate Judge R. Steven Whalen for all pretrial proceedings. On January 31, 2016, Magistrate Judge Whalen issued a Report and Recommendation ("R&R") recommending that the Court deny Plaintiff's motions, including Plaintiff's Fifth Motion for Default Judgment as to Chris Hugan and Mary Peters (Doc. No. 60), Plaintiff's Emergency Motion for Default Judgment as to Terrance Vails (Doc. No. 65) and Plaintiff's Second Emergency Motion for Default Judgment as to Vails (Doc. No. 67).

In his Report and Recommendation, the Magistrate Judge informed the parties that objections to the R&R needed to be filed "within fourteen (14) days of service" and that a party's failure to file objections would waive any further right of appeal. (Doc. No. 72 at 4). No objection has been filed.

The Court agree with the analysis and recommendations contained in the R&R. Therefore, the Court **ADOPTS** the Magistrate Judge's recommendations and **DENIES**

Plaintiff's motions.

**IT IS SO ORDERED.**

Date:   March 9, 2016                                       s/Marianne O. Battani
                                                                                                                MARIANNE O. BATTANI
                                                                                                                United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on March 9, 2016.

                                                                                                                 s/ Kay Doaks
                                                                                                                  Case Manager